# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02186-CYC

PEDRO MANUEL YUFFRA GIRON,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora Detention Facility, in his official capacity;
GEORGE VALDEZ, Acting Director of Denver Field Office, U.S. Immigration and
Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; in his
official capacity; and
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,

      Respondents.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 12) by Magistrate Judge Cyrus Y. Chung
entered on June 8, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED.

It is FURTHER ORDERED that this case is closed.

Dated this 29th day of June, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____
S. Price Deputy Clerk